**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RODNEY L. MILLER                                                                                          PLAINTIFF

V.                                         NO. 5:06CV00297-JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 28st day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE